AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| | | |
|---|---|---|
| **United States District Court** | District **MASSACHUSETTS** | |
| Name **VINCENT GODWIN** | Prisoner No. **105677** | Case No. **01-1177** |

Place of Confinement **BILLERICA (MIDDLESEX) HOUSE OF CORRECTION, 269 TREBLE COVE RD., BILLERICA, MA 01862**

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| **VINCENT GODWIN** | V. **COMMONWEALTH OF MASSACHUSETTS** |

The Attorney General of the State of: **THOMAS REILLY**

## PETITION

1. Name and location of court which entered the judgment of conviction under attack **MIDDLESEX SUPERIOR COURT 40 THORNDIKE ST., CAMBRIDGE, MASSACHUSETTS**

2. Date of judgment of conviction **FEBRUARY 26, 2002**

3. Length of sentence **18 MONTHS**

4. Nature of offense involved (all counts) **7 COUNTS – LARCENY OVER $250**

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒    No ☐

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

  (a) Name of court __SUPREME JUDICIAL COURT__

  (b) Result __JUDGMENT AFFIRMED__

  (c) Date of result and citation, if known __MARCH 15, 2004__

  (d) Grounds raised __DENIAL OF COURT-APPOINTED COUNSEL BASED ON INDIGENCY__

  (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court __SUPREME JUDICIAL COURT__

   (2) Result __APPLICATION DENIED — JUDGMENT AFFIRMED__

   (3) Date of result and citation, if known __MAY 2, 2004__

   (4) Grounds raised __DENIAL OF COURT-APPOINTED COUNSEL BASED ON INDIGENCY DECLARATION__

  (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒    No ☒

11. If your answer to 10 was "yes," give the following information:

  (a) (1) Name of court __SUPREME JUDICIAL COURT__

   (2) Nature of proceeding __APPLICATION FOR FURTHER APPELLATE REVIEW__

   (3) Grounds raised __DENIAL OF COURT-APPOINTED COUNSEL UPON DECLARATION OF INDIGENCY__

(3)

AO 241 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐    No ☒

    (5) Result __DENIED__

    (6) Date of result __MAY 3, 2004__

(b) As to any second petition, application or motion give the same information:

    (1) Name of court _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐    No ☐

    (5) Result _____

    (6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐    No ☒
    (2) Second petition, etc.    Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self—incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.  Ground one: **DENIAL OF COURT-APPOINTED AFTER DECLARATION OF INDIGENCY**

Supporting FACTS (state *briefly* without citing cases or law) I WAS APPOINTED COUNSEL FOR ARRAINGMENT. I COMPLETED FINANCIAL QUESTIONNAIRE. JUDGE SIGNED FINANCIAL STATEMENT. EIGHT DAY LATER, WITH NO CHANGE IN MY FINANCIAL CONDITION, JUDGE DETERMINED I WAS NOT INDIGENT AND THUS COULD NOT HAVE COURT-APPOINTED LAWYER. I WAS FORCED TO PROCEED AT TRIAL BY JURY PRO SE. A MOTION TO STAY EXECUTION OF SENTENCED WAS GRANTED, AFTER GUILTY VERDICT BY JURY, ON ISSUE OF DENIAL OF COUNSEL

B.  Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

(5)

AO 241 (Rev. 5/85)

    C.    Ground three: _____

        Supporting FACTS (state *briefly* without citing cases or law) _____

    D.    Ground four: _____

        Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a)    At preliminary hearing _____

    (b)    At arraignment and plea  JAMES BRADY
        79 FRANKLIN ST., FRAMINGHAM, MA 01702

AO 241 (Rev. 5/85)

(c) At trial __NONE__

(d) At sentencing __NONE__

(e) On appeal __THOMAS FOLEY__
__P.O. BOX 2187, SOUTH HAMILTON, MA 01982__

(f) In any post-conviction proceeding ____

(g) On appeal from any adverse ruling in a post-conviction proceeding __THOMAS FOLEY__
__P.O. BOX 2187, SOUTH HAMILTON, MA 01982__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
Yes ☑   No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☑
(a) If so, give name and location of court which imposed sentence to be served in the future: ____

(b) Give date and length of the above sentence: ____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐   No ☑

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__7-16-04__
(date)

__Vincent N. Godwin__
Signature of Petitioner

(7)

Ground For Claim

Denial of Court-Appointed Counsel upon Declaration of Indigency

— The court appointed a lawyer for the arraignment on the indictments in my case, who was not present at the arraignment. Another lawyer substituted for the court-appointed counsel.

Eight days later I was summoned to Middlesex Superior Court and the court, to my complete surprise, determined that I was not indigent and would not be appointed counsel.

I explained to the court that I was sleeping on a sofa at a relative's house and had no job and no assets. I filled out the financial disclosure form in the probation department, which I had no income and no assets.

Consequently, I was forced to represent myself. I've never been arrested before this case. It was difficult to look at any discovery material, the grand jury minutes or anything else concerning my case.

I presented no defense. The jury convicted me of larceny charges, but found me not guilty of forgery and uttering. There

WAS NO LOSS AT ALL BY THE ALLEGED VICTIM, FRAMINGHAM COOPERATIVE BANK.

I FILED A MOTION TO STAY THE EXECUTION OF MY SENTENCES PENDING MY APPEAL OF THE CONVICTIONS ON THE GROUNDS OF DENIAL OF COUNSEL. THE COURT GRANTED MY MOTION AFTER DETERMING THE REASONAL LIKELIHOOD OF SUCCESS ON THE MERITS OF MY APPEAL.

THE COURT ALSO APPOINTED APPEAL COUNSEL TO REPRESENT ME BASE ON A DECLARATION OF INDIGENCY.

TWO YEAR LATER, THE APPEALS COURT AFFIRMED THE DECISION OF THE SUPERIOR COURT AND I WAS INCARCERATED AT BILLERICA HOUSE OF CORRECTION.