UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VINCENT GODWIN,                            )
        Petitioner,                      )
   v.                                      ) C.A. No. 04-11637-RGS
                                           )
COMMONWEALTH OF MASSACHUSETTS, )
        Respondent.                      )

PROCEDURAL ORDER

On July 22, 2004, petitioner Vincent Godwin filed a petition for a writ of habeas corpus and an application for waiver of the filing fee. However, Godwin did not submit a certified prison account statement with his application.

A party filing a Section 2254 habeas corpus petition must either (1) pay the $5 filing fee for habeas corpus actions or (2) file an application to proceed without prepayment of fees. See 28 U.S.C. § 1914(a) (filing fees); § 1915 (proceedings in forma pauperis). An application for waiver of the filing fee must be accompanied by a document certifying the amount of funds on deposit to the petitioner's credit at his institution of incarceration. See Rule 3(a) of the Rules Governing Section 2254 Cases (if a petitioner desires to prosecute petition in forma pauperis, he shall file the affidavit required by § 1915 and a certified statement of amount of funds in prisoner's institutional account); 28 U.S.C. § 1915(a)(2). For the convenience of litigants, this Court provides a standardized form for fee waiver applications. Cf. Question 1 (directing applicant to attach a ledger sheet from institution of incarceration showing at least the past six months' transactions). Because Godwin has not submitted a certified prison account statement, he shall be granted additional time to

do so.

ACCORDINGLY, petitioner's application to proceed without prepayment of fees is denied without prejudice for the reasons stated above.

if Godwin wishes to proceed with this action, he shall, within 42 days of the date of this order, submit the $5 filing fee or a new application to waive prepayment of the filing fee with a certified account statement for the 6-month period immediately preceding the filing of this action or this action will be dismissed without prejudice for failure to pay the filing fee.

The Clerk is directed to send Godwin an application to proceed without prepayment of fees and affidavit with this order.

SO ORDERED.

Dated at Boston, Massachusetts, this 26th day of July 2004.

                                              s/ Richard G. Stearns
                                              RICHARD G. STEARNS
                                              UNITED STATES DISTRICT JUDGE