UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VINCENT GODWIN,

                    Petitioner,

                                                    Civil Action

          v.

                                                    No.  04-11637-RGS

COMMONWEALTH OF MASSACHUSETTS,
                    Respondent.

O R D E R

On July 22, 2004, petitioner Vincent Godwin, an inmate at the Billerica House of Correction, filed a petition for a writ of habeas corpus under Section 2254 and named the Commonwealth as Respondent.

(1) The Clerk shall correct the case caption to reflect that the only respondent to this action is James V. DiPaola: the Sheriff of Middlesex County.  A writ of habeas corpus must be "directed to the person having custody of the person detained."  28 U.S.C. § 2243.  Petitioner's legal custodian is the sheriff of Middlesex County, the individual having day-to-day control over the facility in which petitioner is being detained.  Vasquez v. Reno, 233 F.3d 688, 694 (1st Cir. 2000), cert. denied, sub nom. Vasquez v. Ashcroft, 534 U.S. 816 (2001); Mass. Gen. Laws ch. 126 § 16 (sheriff shall have custody and control of the jails in his county.. . .and shall be responsible for them);

(2) Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (i) James V. DiPaola, Sheriff, Billerica House of Correction, 269 Treble Cove Road, P.O. Box 565, Billerica, MA  01821 , and (ii) Cathryn Neaves, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA  02108-1598.

(3) It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus; AND

(4) This Court further requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.

 7/26/04                              s/ Richard G. Stearns                    
DATE                              UNITED STATES DISTRICT JUDGE