UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VINCENT GODWIN,

                              Petitioner,

                                                      Civil Action

              v.

                                                      No.  04-11637-RGS

JAMES V. DiPAOLA,

                              Respondent.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

Having considered the petitioner's Application to Proceed Without Prepayment of Fees
and Affidavit under 28 U.S.C. § 1915:

It is ORDERED that:

☐      The Application to Proceed Without Prepayment of Fees and Affidavit is
        GRANTED.

☒      The Application to Proceed Without Prepayment of Fees and Affidavit is DENIED
        for the following reason(s):

        Petitioner has sufficient funds to pay the $5 filing fee.

☒      It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee within 42
        days of the date of this Order or this case will be dismissed without prejudice.


 8/13/04_____               s/ Richard G. Stearns_____
DATE                           UNITED STATES DISTRICT JUDGE