UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
VINCENT GODWIN,                 )
        Petitioner,             )
                                )
v.                              )     Civil Action No. 04-11637-RGS
                                )
JAMES DIPAOLA,                  )
        Respondent.             )
_____)

### NOTICE OF APPREARANCE

Undersigned counsel hereby enters his appearance on behalf of James DiPaola, respondent

in the above-titled action.


                        Respectfully submitted,

                        THOMAS F. REILLY
                        ATTORNEY GENERAL


                        /s/ David M. Lieber
                        David M. Lieber (BBO# 653841)
                        Assistant Attorney General
                        Criminal Bureau
                        One Ashburton Place
                        Boston, Massachusetts  02108
                        (617) 727-2200 ext.2827

                        ATTORNEYS FOR RESPONDENT

Dated: August 19, 2004