UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT GODWIN,<br>    Petitioner,<br><br>v.<br><br>JAMES DIPAOLA,<br>    Respondent. | Civil Action No. 04-11637-RGS |

**ANSWER**

Respondent, pursuant to this Court's order of July 26, 2004, and Rule 5 of the Rules Governing Section 2254 Cases, answers the petition for writ of habeas corpus as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. (a) Denied. Petitioner's direct appeal was to the Massachusetts Appeals Court.

    (b) Admitted.

    (c) Admitted.

    (d) Respondent admits that the grounds raised in the direct appeal are those set forth in Defendant's Brief, included in the Supplemental Answer at Tab E, and Defendant's Reply

Brief, included in the Supplemental Answer at Tab H.

    (e)    Respondent admits the allegations in ¶¶ 9(e)(1)-(3), and admits that the grounds raised in the Supreme Judicial Court are those set forth in the Application for Further Appellate Review, included in the Supplemental Answer at Tab B.

    (f)    The petition contains no allegations in ¶ 9(f).

To the extent that ¶ 9 contains any further allegations requiring a response, those allegations are denied.

10.    Admitted.

11.    Respondent admits the allegations in ¶¶ 11(a)(1), (2), (4), (5), (6), and (c)(1), and admits that the grounds raised in the Supreme Judicial Court are those set forth in the Application for Further Appellate Review, included in the Supplemental Answer at Tab B. To the extent that ¶ 11 contains any further allegations requiring a response, those allegations are denied.

12.    Respondent admits that this is the ground upon which petitioner claims in this petition that he is being held unlawfully. To the extent that the paragraph contains any other factual allegations requiring a response, such allegations are denied, and respondent further denies that any of the grounds stated in this paragraph show that petitioner is being held unlawfully.

13.    Paragraph 13 contains no allegations, and to the extent that answer is required, respondent denies ¶ 13.

14.    Respondent states that he lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained in ¶ 14 of the petition, and the allegation in ¶ 14 is therefore denied.

15.    Admitted.

16.    Admitted.

17. Respondent lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained in ¶ 17 of the petition, and therefore denies the allegation.

18. Upon duplication, respondent will file a Supplemental Answer which contains the following documents:

**Discretionary Review–Supreme Judicial Court, No. FAR-14039**

(A) Docket Sheets

(B) Application for Further Appellate Review

(C) Denial of Application for Further Appellate Review

**Direct Appeal–Massachusetts Appeals Court, No. 2002-P-1106**

(D) Docket Sheets

(E) Defendant's Brief and Appendix

(F) Commonwealth's Brief

(G) Commonwealth's Supplemental Appendix

(H) Defendant's Reply Brief

(I) Opinion of the Court

19. In addition, the transcripts of the following proceedings had in the trial court are available, and will be provided to the Court upon request:

(1) Arraignment–November 7, 2001 (1 Volume)

(2) Pre-Trial Conference–November 14, 2001 (1 Volume)

(3) Pre--Trial Status Hearing--February 20, 2002 (1 Volume)

(4) Trial--February 25-26, 2002 (2 Volumes)

(5) Sentencing Hearing--March 21, 2002 (1 Volume)

## FIRST AFFIRMATIVE DEFENSE

20. Petitioner has failed to state a claim upon which relief could be granted.

## SECOND AFFIRMATIVE DEFENSE

21. The decision of the state court rests on state law grounds that are independent of the federal questions petitioner presents in this petition and adequate to support the judgment.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        /s/ David M. Lieber
        David M. Lieber (BBO# 653841)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200 ext.2827

        ATTORNEYS FOR RESPONDENT

Dated: September 22, 2004