UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| VINCENT GODWIN, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11637-RGS |
| | ) | |
| JAMES DIPAOLA, | ) | |
|     Respondent. | ) | |
| | ) | |

**MOTION FOR BRIEFING SCHEDULE**

Respondent respectfully requests that the Court enter a briefing schedule in this matter. In support of the motion, respondent states as follows:

1.  The petition was filed on July 22, 2004, and an answer was filed by respondent on September 22, 2004; briefing on the merits is now appropriate;

2.  Accordingly, respondent proposes that the Court order briefing on the merits pursusnat to the following schedule:

    (a) That petitioner's brief on the merits be filed within sixty days of entry of a scheduling order; and

    (b) That respondent's brief on the merits be filed within sixty days after petitioner's brief on the merits is filed.

Wherefore, respondent respectfully requests that this motion be allowed, and that the Court enter an order setting this briefing schedule, or such other schedule as is appropriate.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ David M. Lieber
David M. Lieber (BBO# 653841)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200 ext.2827

ATTORNEYS FOR RESPONDENT