UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VINCENT N. GODWIN,

            Petitioner,

v.

JAMES V. DIPAOLA,

            Respondent

Civil Action
No. 04-11637-RGS

MOTION TO EXTEND DEADLINE
FOR PAYMENT OF FILING FEE

I, Vincent N. Godwin, Petitioner, hereby move this Honorable Court for an extention of the deadline for payment of the filing fee, pursuant to this Court's order, dated August 13, 2004.

Respectfully Submitted,

Date: September 23, 2004

_____
Vincent N. Godwin

CERTIFICATE OF SERVICE

I, Vincent N. Godwin, Petitioner, certify that a copy of this Motion has been forwarded to the Attorney General's Office by first-class mail this September 23, 2004.

_____
Vincent N. Godwin
Petitioner