UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VINCENT N. GODWIN,

             Petitioner,
     V.

JAMES V. DIPAOLA,
                  Civil Action

           REspondent     No. 04-11637-RGS


AFFIDAVIT

I, Vincent N. Godwin, Petitioner, hereby deposed and states as follows:

     1) On August 13, 2004, this Court odered Petitioner to pay a five dollar ($5.00) for a filing fee in the above-referenced case.

     2) On September 15, 2004, a resquest for a check in the aforementioned amount was made to officials here at the Billerica House Of Correction.

     3) The Petitioner's canteen account is credited on the 15th day of each month, pursuant to payment for work.

     4) As of September 23, 2004, no check has been written and submitted on my behalf.

     5) There is sufficient funds in my canteen account.


This statement has been mad under the pains and penalities of perjury, pursuant to the Massachusetts General Law.


                           Respectfully Submitted,

Date: September 23, 2004

                           *Vincent N. Godwin*
                        Vincent N. Godwin
                          Petitioner