UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Vincent Godwin        )
        Petitioner   )
                      )   Civil Action No. 04-11637-RGS
    v.                )
                      )
JAMES DIPAOLA,        )
        Respondent    )
_____)

## OBJECTION TO BRIEFING SCHEDULE ORDER AND MOTION TO STIPULATE

Petitioner respectfully objects to Respondent's Motion For Briefing Schedule, and further moves this Honorable Court to accept my stipulation to all transcripts, records of proceedings and previous briefs filed in the Appellate Court, as sufficient in determining my claim of denial of court-appointed counsel during my case in the Middlesex Superior Court.

Wherefore, the Petitioner respectfully request this Court to deny Respondent's aforementioned Motion on the ground that it is unnecessary in determining whether my constitutional right to counsel has been violated.

Alternately, should the Court order a briefing schedule, I respectfully waive Petitioner's filing of a brief and further request the Court allow Respondent twenty-one days.

Respectfully Submitted

Date: September 29, 2004                    _____
                                            Vincent Godwin