THE UNITED STATES DISTRICT COURT, MASSACHUSETTS DISTRICT

VINCENT GODWIN,
    PETITIONER

V.

JAMES DIPALO,
    RESPONDENT

CASE NO. 04-11637-RGS

## REQUEST FOR EXTENTION OF TIME TO FILE LEGAL BRIEF

I HEREBY RESPECTFULLY REQUEST THIS HONORABLE COURT FOR AN EXTENTION OF TIME, UNTIL FEBRUARY 25, 2005, TO FILE THE LEGAL BRIEF ORDERED BY THIS COURT. THIS REQUEST IS MADE DUE TO PHYSICAL AND EMOTIONAL DIFFICULTIES IN PETITIONERS PERSONAL LIFE.

ALSO, BE ADVISED PETITIONER'S ADDRESS HAS CHANGED AND IS AS FOLLOWS: 73 SPRUCE ST., FITCHBURG, MA 01420.

PRAYERFULLY REQUESTED

/s/ Vincent Godwin
VINCENT GODWIN
PETITIONER

FEBRUARY 8, 2005
DATE