UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
VINCENT GODWIN,              )
    Petitioner,                      )
                                            )
v.                                          )          Civil Action No. 04-11637-RGS
                                            )
JAMES DIPAOLA,                 )
    Respondent.                   )
_____)

**MOTION FOR ENLARGEMENT OF TIME**
**TO FILE MEMORANDUM IN OPPOSITION TO PETITION FOR HABEAS CORPUS**

    Respondent, through counsel, respectfully requests that this Court enlarge the time to file a memorandum in opposition to the petition for habeas corpus, and to extend the deadline to file a memorandum to May 6, 2005. In support thereof, respondent states that:

    1. Pursuant to this Court's order of December 10, 2004, respondent's brief on the merits is currently due April 29, 2005.

    2. Undersigned counsel is currently handling a large caseload of appellate and postconviction matters on behalf of the Commonwealth, including preparation of the Commonwealth's Brief in *Commonwealth v. Litwinsky*, No. 04-P-1737, filed in the Massachusetts Appeals Court on April 22, and in *Commonwealth v. Field*, No. 04-P-1024, due in that court on April 29, 2005.

    3. Because of the press of this business, counsel requires a short additional period to complete the merits brief.

    4. Respondent has not requested any other extensions of this deadline.

    For these reasons, respondent respectfully requests that this motion be allowed, and that time to file a brief on the merits be extended one week to May 6, 2005.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL


        /s/ David M. Lieber
        David M. Lieber (BBO# 653841)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200 ext.2827

        ATTORNEYS FOR RESPONDENT

Dated: April 29, 2005