UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11637-RGS

VINCENT GODWIN

v.

JAMES DiPAOLA

ORDER ON MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

July 8, 2005

STEARNS, D.J.

    Because I agree with the Magistrate Judge that petitioner has failed to advance any plausible basis on which the state court's decision could be found to be "contrary to, or [to involve] an unreasonable application, of clearly established Federal law," 28 U.S.C. § 2254(d)(1), her Recommendation is ADOPTED and the petition is DISMISSED with prejudice.

                              SO ORDERED.

                              /s/ Richard G. Stearns

                              _____
                              UNITED STATES DISTRICT JUDGE