UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**VINCENT GODWIN**

    **V.**                      **CIVIL ACTION NO. 04-11637-RGS**

**JAMES DI PAOLA**

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                                **JULY 11, 2005**

IN ACCORDANCE WITH THIS COURT'S ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED JULY 8, 2005,

IT IS HEREBY ORDERED: THE PETITION FOR WRIT OF HABEAS CORPUS IS HEREBY <u>DISMISSED WITH PREJUDICE.</u>

SO ORDERED.

                                                      **RICHARD G. STEARNS**
                                                      **UNITED STATES DISTRICT JUDGE**

    **BY:**

                                **/s/ Mary H. Johnson**
                                    **Deputy Clerk**